ENTERED
ON DOCKET
JUL 13 1999
BY DEPUTY

# United States District Court
### WESTERN DISTRICT OF WASHINGTON

FILED    LODGED
         RECEIVED
JUL 13 1999
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                  DEPUTY

MARY ELIZABETH HAGGERTY,
et al.,

                  JUDGMENT IN A CIVIL CASE

v.

ROBERT BETHEL, M.D.,
et al.,

                  CASE NUMBER: C98-5182FDB

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court.** This action came before the Court on a defense Motion to Dismiss for Lack of Subject Matter Jurisdiction. The issues have been heard and a decision has been rendered.

*IT IS ORDERED AND ADJUDGED*

This matter is dismissed pursuant to 28:1332(a) for lack of jurisdiction.

    July 13, 1999                                    BRUCE RIFKIN
                                                               Clerk

                                                         By B. Kay McDermott, Deputy Clerk

142

car
United States District Court
for the
Western District of Washington
July 13, 1999


* * MAILING CERTIFICATE OF CLERK * *


Re:   3:98-cv-05182


True and correct copies of the attached were mailed by the clerk to the following:

    Blair Baker Burroughs, Esq.
    LAWLER & BURROUGHS, PC
    STE 4750
    999 3RD AVE
    SEATTLE, WA   98104

    Miriam Weizenbaum, Esq.
    DeLUCA & WEIZENBAUM
    36 EXCHANGE TERRACE
    PROVIDENCE, RI   02903

    Amato A. DeLuca, Esq.
    DeLUCA & WEIZENBAUM
    36 EXCHANGE TERRACE
    PROVIDENCE, RI   02903

    Philip J. Vanderhoef, Esq.
    FAIN SHELDON ANDERSON & VANDERHOEF, PLLC
    STE 3610
    999 3RD AVE
    SEATTLE, WA   98104
    206-749-0094

    Donna Maria Moniz, Esq.
    JOHNSON, GRAFFE, KEAY & MONIZ
    STE 910
    1015 THIRD AVE
    SEATTLE, WA   98104
    FAX 386-7344

    Cynthia Jacobs Howey, Esq.
    JOHNSON, GRAFFE, KEAY & MONIZ
    STE 910
    1015 THIRD AVE
    SEATTLE, WA   98104

    Ketia J Berry, Esq.
    JOHNSON, GRAFFE, KEAY & MONIZ
    STE 910
    1015 THIRD AVE

SEATTLE, WA  98104

Kimberly Diane Ellwein Baker, Esq.
WILLIAMS, KASTNER & GIBBS
PO BOX 21926
SEATTLE, WA  98111-3926

Judge Burgess

Judgment Book